IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-Z-2387 (BNB)

EION SPELLMAN,

      Plaintiff,

v.

GMH MILITARY HOUSING - FORT CARSON, L.L.C., and
LARAY ROBERTSON,

      Defendants.

## ORDER

In consideration of the Minute Order entered on October 6, 2005, by Magistrate Judge Boyd N. Boland, it is

ORDERED that the this case is held in abeyance pending the filing of a status report or settlement papers.  It is

FURTHER ORDERED that a status report or settlement papers shall be filed on or before December 6, 2005.  If by that date a status report or settlement papers have not been received by the Court, on December 13, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  11  day of October, 2005.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court