IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-Z-2387 (BNB)

EION SPELLMAN,

     Plaintiff,

v.

GMH MILITARY HOUSING - FORT CARSON, L.L.C., and
LARAY ROBERTSON,

     Defendants.

___

## ORDER
___

In consideration of Plaintiff's Status Report, it is

ORDERED that a further status report or settlement papers shall be filed on or before December 20, 2005.  If by that date a further status report or settlement papers have not been received by the Court, on December 27, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __9__ day of November, 2005.

                        BY THE COURT:

                        s/ Zita L. Weinshienk
                        _____

                        ZITA L. WEINSHIENK,  Senior Judge
                        United States District Court