IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2387-ZLW-BNB

EION SPELLMAN,

      Plaintiff,

v.

GMH MILITARY HOUSING - FORT CARSON, L.L.C., and
LARAY ROBERTSON,

      Defendants.

---

## ORDER OF DISMISSAL

---

      The matter before the Court is an Unopposed Notice Of Dismissal, which the Court will treat as a motion for dismissal with prejudice.  In consideration thereof, it is

      ORDERED that the Unopposed Notice Of Dismissal, treated as a motion for dismissal with prejudice, is granted.  It is

      FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

      DATED at Denver, Colorado, this  14  day of December, 2005.

                                  BY THE COURT:

                                  _____
                                  ZITA L. WEINSHIENK,  Senior Judge
                                  United States District Court